No. 21, Misc.  DANIELS *v.* RAGEN, WARDEN.  Circuit Court of Winnebago County, Illinois.  Certiorari denied.

No. 22, Misc.  TULLY *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.

No. 23, Misc.  DUNBAR *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.

No. 25, Misc.  BALLARD *v.* INTERNATIONAL HARVESTER Co.  Supreme Court of Illinois.  Certiorari denied. *Charles Wolff* for petitioner.  *John A. Kratz* for respondent.

No. 30, Misc.  DIAZ ET AL. *v.* CROM, TRUSTEE.  C. A. 5th Cir.  Certiorari denied.  *J. Tom Watson* for Diaz, petitioner.

No. 31, Misc.  NEAL *v.* HEINZE, WARDEN.  Supreme Court of California.  Certiorari denied.

No. 32, Misc.  WITTE *v.* DOWD, WARDEN.  Supreme Court of Indiana.  Certiorari denied.  *James C. Cooper* for petitioner.

No. 33, Misc.  BITSAKIS *v.* WINE ET AL.  Court of Appeals of New York.  Certiorari denied.

No. 35, Misc.  ROBERTS *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania, Western District.  Certiorari denied.

No. 37, Misc.  YOUNGS *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.